UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ASRAR ZEYNU SIRAJ, | Case No.: 26v4044-LL-DEB |
|---|---|
| Petitioner, | **ORDER DISMISSING PETITION AS DUPLICATIVE AND CLOSING CASE** |
| v. | |
| Warden Jeremy Casey, | |
| Respondent. | [ECF No. 1] |

Petitioner Asrar Zeynu Siraj ("Petitioner"), proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Upon review, the Court notes that Petitioner filed a prior Section 2241 petition in case no. 3:26-cv-02091-LL-DEB.

In the prior petition, this Court found that Petitioner was entitled to a bond hearing under 8 U.S.C. § 1226(a). *See Siraj v. Casey*, No. 26-cv-02091-LL-DEB, ECF No. 10. Petitioner was subsequently provided with an individualized bond hearing on April 29, 2026, but the immigration judge ("IJ") denied bond, finding Petitioner to be a flight risk. *Id.*, ECF No. 15 at 1–2. On June 1, 2026, this Court denied Petitioner's Motion to Enforce Court Order (ECF No. 12), finding that Petitioner had not asserted any basis for the Court to review the IJ's decision. *Id.*, ECF No. 18.

On July 16, 2026, Petitioner filed the instant Petition, again seeking to challenge his immigration custody. ECF No. 1. Petitioner does not mention his prior petition or his bond hearing in April 2026 in his renewed petition. *See generally* ECF No. 1. "A habeas petition is subject to summary dismissal when it is repetitive or duplicative." *Trevino Chautla v. Larose*, No. 3:26-CV-3102-JES-VET, 2026 WL 1596187, at *1 (S.D. Cal. June 2, 2026). The Petition here provides no new information or grounds for relief that were not raised in the prior petition. Therefore, the Court **DISMISSES** the Petition **WITHOUT PREJUDICE**.

The Clerk of Court shall enter judgment dismissing this matter without prejudice and shall close the case file.

**IT IS SO ORDERED**.

Dated:  July 27, 2026

_____

Honorable Linda Lopez
United States District Judge

26cv4044-LL-DEB